IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ANTHONY WADE MCALISTER, *individually and on behalf of all others similarly-situated* : : : : Plaintiff, : : v. : : JFI REDI-MIX LLC : : Defendant. : | CIVIL ACTION NO.: 22-03152-JMY |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
APPROVING THE SETTLEMENT AGREEMENT, GRANTING SERVICE AWARD,
AND AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The Named Plaintiff, Anthony Wade McAlister ("Plaintiff"), individually and on behalf of the four (4) Opt-In Plaintiffs ("Opt-In Plaintiffs") he represents (collectively with Plaintiff, "Settlement Class Members"), by and through his undersigned counsel of record ("Plaintiff's Counsel" or "Class Counsel"), hereby moves before this Honorable Court for an Order:

1. Approving the Collective Action Settlement Agreement entered into between Plaintiff and Defendant JFI Redi-Mix LLC ("Defendant");

2. Granting a Service Award to the Plaintiff;

3. Awarding attorneys' fees in the amount of $17,500.00; and

4. Reimbursing Plaintiff's Counsel for litigation expenses totaling $402.00.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Groh
Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
Attorneys for Plaintiff

Dated: November 10, 2023

## CERTIFICATE OF SERVICE

I, Michael Groh, Esquire, hereby certify that on November 10, 2023, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

>Christopher J. Gilligan, Esq.
>MARGOLIS EDELSTEIN
>The Curtis Center, Suite 400E
>170 S. Independence Mall W.
>Philadelphia, PA 19106-3337
>Telephone: (215) 922-1100
>cgilligan@margolisedelstein.com
>Attorneys for Defendant

    /s/ Michael Groh
    Michael Groh, Esq.

Dated: November 10, 2023