# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WADE MCALISTER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-3152 |
| JFI REDI-MIX LLC, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

**AND NOW**, this 25th day of September, 2025, the Court having approved the parties' settlement agreement (ECF No. 22), it is hereby **ORDERED** pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure that the above-captioned action is **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to mark this action closed.

**BY THE COURT**:

/s/ John Milton Younge
Judge John Milton Younge